Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Ahmad Shams

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AHMAD SHAMS,<br><br>Defendant. | Case No. 2:23-cr-00320-TLN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DISCOVERY |

It is hereby stipulated and agreed, by and between the government and counsel for the defendants:

1. The government's draft charts and summaries will be provided to defense counsel on or by September 21, 2026.
2. Counsel for the government and counsel for Ahmad Shams will meet and confer concerning viewing the grand jury room.
3. The parties' expert witness disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) will be provided on or by August 21, 2026. Responsive disclosures will be provided on or by September 4, 2026.
4. The government will produce any *Henthorn* materials to defense counsel on or by September 21, 2026.

DATED: July 13, 2026 /s/ Timothy E. Warriner, Attorney for defendant, Mr. Ahmad Shams

DATED: July 13, 2026 /s/ Michael Long, Attorney for defendant, Mr. Mirwais Shams

DATED: July 13, 2026 /s/ Jai M. Gohel, Attorney for defendant, Ms. Karla Montoya

DATED: July 13, 2026 /s/ Audrey Hemesath, Assistant U.S. Attorney, counsel or the government

ORDER

The court adopts the stipulation of the parties concerning pretrial discovery.

DATED: July 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE